# EXHIBIT 1



## SHERIFF'S OFFICE OF COOK COUNTY
## INTERNAL AFFAIRS/INSPECTOR GENERAL
## COMPLAINT REGISTER

**Complainant Information**

NAME (Last, First, M.I.): Bolton
AGE: 28
DATE OF BIRTH: [redacted]
HOME #: [redacted]

HOME ADDRESS: [redacted]
CITY: Chicago
WORK/OTHER #:

STATE: Illinois
ZIP CODE: 60623
STATE I.D./D.L. #:
STATE OF ISSUANCE:

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complaint Information**

DATE OF INCIDENT: 1-17-14
TIME OF INCIDENT: 3-11

LOCATION OF INCIDENT: div 8 2A

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

ORTIZ

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☐ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.
NAME: Officer Ramos   ADDRESS/CITY/STATE/ZIP:   HOME PHONE #:

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

On 1-17-14 officer Ramos informed officer ~~Ramos~~ Ortiz that he couldn't put me in assinged cell because it had quartine in it. I could get sick. I Refused to go in cell because of quartine, and I didn't want to get sick. I asked for a Sargent or lieuteant, Afterwards Officer Ortiz said put me inside anyway. I didn't go so officer Ortiz asked me to get on the ground. I did but when I got on my stomac officer ortiz begin to strike me in face with his fist. he punched me a few time, then banged me head against concreat ground. I told sargent when he approached me, but he just wrote it up as I fell on ground on my own.

☐ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: _____   RECEIVED BY: _____
IAD/IG #: _____

Complaint Narrative (Continued)

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of __2__ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. __Litroy Bolton__
(Print Name)

Complainant's Signature: __Litroy Bolton__   Date: __3-16-15__

State of Illinois )
County of Cook )

Signed and sworn to before me on __03/17/2015__ by __Litroy Bolton__
(Date)   (Name of person making statement)

"OFFICIAL SEAL"
Ryan R Killacky
Notary Public, State of Illinois
My Commission Expires 11/19/2018

(Signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any other matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

P 57

 

## COOK COUNTY SHERIFF'S OFFICE
## OFFICE OF PROFESSIONAL REVIEW
3026 S. California, Bldg. 2, 4th Floor, Chicago, IL 60608
Telephone: (773) 869-7580

### DETAINEE/COMPLAINANT NOTIFICATION

OPR Number: 2014-0081

DETAINEE NAME/CCDOC#: LATROY BOLTON 2014 0113063

DETAINEE NAME/CCDOC#: _____

Detainee/Complainant must initial each item:

**L.B** — I am the complainant/victim in this case and I fully understand that OPR is willing to conduct an inquiry into this matter. I acknowledge that I have received a copy of a complaint register and understand that I need to file it in order for OPR to move forward with an investigation.

**L.B** — I understand that if I do not file a complaint register within 10 days that OPR will close the investigation; however, I have been informed I have an option to file the complaint register at a later time.

**L.B** — I understand that OPR has the option to continue with a criminal investigation even though I have not filed a complaint register.

DETAINEE SIGNATURE/DATE: Litroy Bolton 9-4-14

OPR INVESTIGATOR SIGNATURE/DATE: 9-4-14 [signature] 6016

WITNESS SIGNATURE/DATE: A O'Connor #5545 9/4/14

OPR DIRECTOR SIGNATURE/DATE: AD Miriam Renta

P 58