**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN
DIVISION**

| | | |
|---|---|---|
| LITROY BOLTON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 C 5012 |
| | ) | |
| v. | ) | Hon. Judge Ronald A. Guzman |
| | ) | |
| THE SHERIFF OF COOK COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**

Now comes the Plaintiff, Litroy Bolton, by his attorneys, Loevy & Loevy, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), respectfully requests that this Court enter the following stipulation to dismiss:

1. The Plaintiff and the Defendants have entered into a Settlement Agreement and Release.

2. Plaintiff therefore seeks to dismiss this action without prejudice against the Defendants.

3. This stipulation to dismiss will automatically convert to a dismissal with prejudice 30-days after the filing of this stipulation to dismiss.

4. Each Party to bear its own attorneys' fees and costs.

Wherefore, Plaintiff respectfully requests that this Court enter an order dismissing this action without prejudice, to be converted to with prejudice 30-days after the filing of this stipulation to dismiss.

Respectfully Submitted.

/s/ Cindy Tsai

Arthur Loevy
Jon Loevy
Vincenzo Field
Cindy Tsai
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

      I, Cindy Tsai, hereby certify that on October 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which effected service upon all counsel of record.

      /s/ Cindy Tsai